NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRINTING TEXTILES, LLC, dba Berger Textiles,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ECKER TEXTILES, LLC,**
*Defendants-Appellees*

---

2025-1213

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00192-TCS, Senior Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**O R D E R**

Printing Textiles, LLC moves with consent to waive the service requirement of Federal Circuit Rule 25(e)(3), as it pertains to Ecker Textiles, LLC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 26, 2025
　　Date